UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAUGA FUAMAILA,<br><br>           Plaintiff,<br><br>      v.<br><br>DAN PACHOLKE,<br><br>           Defendant. | Case No. C07-1372RSL<br><br>ORDER OF DISMISSAL |

On March 11, 2008, the Honorable James P. Donohue, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. That Report and Recommendation was mailed to plaintiff but was returned unopened on March 19, 2008, and the Order To Show Cause was returned on April 2, 2008, as plaintiff apparently no longer resides at the address on file with the Court.

Local Rule 10(f) requires parties to notify the court of any change of address or telephone number within ten days of the change. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is

ORDER OF DISMISSAL - 1

1  DISMISSED without prejudice.

2        DATED this 2nd day of June, 2008.

                                                        /s/ Robert S. Lasnik
                                                        Robert S. Lasnik
                                                        United States District Judge

ORDER OF DISMISSAL - 2